```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 10060
    ANDRE B GREEN
    FELICIA GREEN                              CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
              Debtor
    SSN XXX-XX-2292    SSN XXX-XX-8078

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/05/2007 and was confirmed 08/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG          .00              .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE      7702.34              .00         327.96
THE CIT GROUP/CONSUMER F  CURRENT MORTG          .00              .00            .00
THE CIT GROUP/CONSUMER F  MORTGAGE ARRE      8056.56              .00         343.04
MONTEREY FINANCIAL        SECURED            4000.00           181.39         493.12
MONTEREY FINANCIAL        UNSECURED          4564.60              .00            .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC     11000.00           489.38        1382.72
WELLS FARGO AUTO FINANCE  UNSECURED          9039.85              .00            .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC     22061.16           955.97        3763.04
WELLS FARGO AUTO FINANCE  SECURED VEHIC     30450.19          1323.14        4992.46
ILLINOIS DEPT OF REVENUE  FILED LATE             .00              .00            .00
INTERNAL REVENUE SERVICE  PRIORITY           1355.54              .00            .00
AMERICAN GENERAL FINANCE  UNSECURED          3504.72              .00            .00
BRINKS HOME SECURITY      UNSECURED         NOT FILED             .00            .00
AT & T WIRELESS           UNSECURED         NOT FILED             .00            .00
DOLTON PARK DISTRICT      UNSECURED         24101.44              .00            .00
GE MONEY BANK             UNSECURED          1904.57              .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED         NOT FILED             .00            .00
MIDWEST SAVERS            UNSECURED         NOT FILED             .00            .00
NICOR GAS                 UNSECURED         NOT FILED             .00            .00
PERSONAL FINANCE          UNSECURED          5186.17              .00            .00
WELLS FARGO FINANCIAL     UNSECURED          2282.30              .00            .00
MONTEREY FINANCIAL        SECURED NOT I       850.00              .00            .00
MONTEREY FINANCIAL        UNSECURED           118.58              .00            .00
ILLINOIS DEPT OF REVENUE  FILED LATE             .00              .00            .00
INTERNAL REVENUE SERVICE  UNSECURED           571.67              .00            .00
COOK COUNTY TREASURER     FILED LATE             .00              .00            .00
INTERNAL REVENUE SERVICE  PRIORITY           1355.54              .00            .00
INTERNAL REVENUE SERVICE  UNSECURED           571.67              .00            .00
ECAST SETTLEMENT CORP     UNSECURED          1161.89              .00            .00
FELD & KORRUB LLC         DEBTOR ATTY        2,500.00                         2,500.00
TOM VAUGHN                TRUSTEE                                             1,297.78

                   PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 10060 ANDRE B GREEN & FELICIA GREEN
```

```
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      18,050.00

PRIORITY                                                   .00
SECURED                                              11,302.34
    INTEREST                                          2,949.88
UNSECURED                                                  .00
ADMINISTRATIVE                                        2,500.00
TRUSTEE COMPENSATION                                  1,297.78
DEBTOR REFUND                                              .00
                             ---------------     ---------------
TOTALS                       18,050.00               18,050.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/20/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 07 B 10060 ANDRE B GREEN & FELICIA GREEN